MORROW *et al. v.* BANK OF SOUTHWESTERN GEORGIA.

ATKINSON, J. There being no assignment of error upon any ruling or
charge of the court, and the evidence being sufficient to support the
verdict, the discretion of the judge in refusing a new trial will not be
disturbed.                      *Judgment affirmed. All the Justices concur.*

Argued July 23, 1908.—Decided February 17, 1909.

Equitable petition. Before Judge Littlejohn. Lee superior
court. December 19, 1907.

*Shipp & Sheppard, Williams & Harper,* and *Allen Fort & Son,*
for plaintiffs in error. *W. A. Dodson* and *G. W. Warwick,* contra.